H. P. DREWRY, S. A. R. L., Appellant, *v.* ARISTOTELES S. ONASSIS, Respondent.

Argued November 16, 1943; decided January 6, 1944.

*Henry S. Bacon* and *Selden Bacon* for appellant.

*Oscar R. Houston, T. Catesby Jones* and *Francis X. Nestor* for respondent appearing specially.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.